**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

*100 Middle Street*     (207) 780-3257
*6th Floor, East Tower*     TTY (207) 780-3060
*Portland, ME 04101*     Fax (207) 780-3304
    www.usdoj.gov/usao/me

In Re: United States of America v. Charles Barnes
        Crim. No. 2:23-cr-00097-JAW

## NOTICE TO ALL WITNESSES

Enclosed is a subpoena to testify in the above-captioned criminal case. The subpoena requires your appearance at a hearing to be held in the U.S. District Court sitting at the Edward T. Gignoux Federal Courthouse in Portland. The Court is located at 156 Federal Street, Portland, Maine.

The hearing is scheduled to begin and your appearance obligation begins on: **September 18, 2024.**

However, the exact date of your testimony has not yet been determined. In order to minimize the amount of time that you must be at the courthouse, please call Grace Herrick of my office at 1-800-984-6377 or (207) 780-3257 to discuss the actual timing of your appearance as well as any travel arrangements that need to be made.

Thank you for your cooperation.

                                               Sincerely,

                                               Darcie N. McElwee
                                               United States Attorney

                                               Sheila W. Sawyer
                                               Assistant United States Attorney

Enclosure

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Charles Barnes | ) | Case No. 2:23-cr-00097-JAW |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Lewiston Housing Authority
Attn: James E. Belleau, Esq.
Trafton Matzen Belleau and Fernette LLP
Served via email to : jbelleau@tmbf-law.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: 1 |
|---|---|---|
| | | Date and Time: 09/18/2024 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

For any and all records, complaints, eviction notices, et, all related to Charles Barnes, DOB 04/21/1977, previous resident of 77 Rideout Avenue, Apt 15-1, Lewiston ME 04240 in the Hillview Apartment Complex

Date: 08/27/2024

Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Sheila Sawyer, Assistant United States Attorney
Grace Herrick, Paralegal Specialist
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, Maine 04101 (207) 780-3257
Sheila.Sawyer@usdoj.gov | Grace.Herrick@usdoj.gov

**U.S. DEPARTMENT OF JUSTICE**                               INSTRUCTIONS FOR FACT WITNESSES APPEARING ON
                                                            BEHALF OF THE UNITED STATES GOVERNMENT
                                                                    (Not Applicable to Federal Employees)



READ THE INFORMATION CONTAINED ON THIS FORM BEFORE YOUR COURT APPEARANCE. PLEASE CALL THE INDIVIDUAL(S) LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUAL LISTED BELOW <u>AS SOON AS POSSIBLE.</u>

**CONTACT PERSON(S): Cathy Demasi, Witness Coordinator   TELEPHONE NUMBER: 1-800-984-6377**

**OR:** Grace Herrick

*=VERIFY YOUR ATTENDANCE=*

On the last business day <u>BEFORE</u> you travel to court, call the above number to verify that your attendance is required. This may prevent a wasted trip in the event the trial date is changed.

*=APPEARANCE IN ANOTHER CITY=*

If you are required to travel to another city to appear in court, immediately contact the individual listed above and request instructions. Any amount advanced to you will be deducted from your fees and allowances.

*=REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES=*

**A.    ATTENDANCE FEE:** You will be paid a fee of $40 per day, including travel days.

**B.    TRANSPORTATION:** Call the individual listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses

    **1.    Local Travel:** The recommended method of travel in the local area of court is transit bus/subway.

    **2.    Privately Owned Vehicles (POV):** You will be reimbursed the following amounts:

        Motorcycle <u>.635</u> per mile     Automobile <u>.655</u> per mile     Airplane <u>1.74</u> per mile

In addition to the above mileage allowance, necessary tolls, parking and other fees may be reimbursed. You must keep a record of your odometer readings if you travel by motorcycle or automobile. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made.

**IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING AND OTHER ASSOCIATED COSTS, ARE GREATER THAN THE GOVERNMENT AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.**

    3.    **Common Carrier:** If you are located outside the local court area, **CALL THE INDIVIDUAL LISTED ABOVE FOR INSTRUCTIONS.** Train, bus or airfare will be reimbursed at the Government rate. Reimbursement **WILL NOT** be made for First Class accommodations, "Frequent Flyer" tickets, or charter service. **DO NOT** purchase non-refundable tickets. If your appearance date changes or is canceled, you **WILL NOT** be reimbursed for non-refundable tickets. If you have any questions concerning transportation arrangements, please contact the individual(s) listed above.

**C.    MEALS:** If it is necessary for you to remain away from home **overnight**, you will receive the following daily meal allowances:

    <u>$32.00</u>  for each travel day  PLUS  <u>$64.00</u>  for each full day at court

**D.    LODGING:** If it is necessary for you to remain away from home **overnight**, you will be reimbursed for the **ACTUAL COST** of your hotel/motel room, which may not exceed <u>$117.00</u> (Sept-Oct), $<u>127.00</u> (Nov-Jun), and $<u>208.00</u> (Jul-Aug) per night including tax.

*=YOU MUST RETAIN RECEIPTS=*

**ALL CLAIMS FOR PARKING MUST BE SUPPORTED BY A RECEIPT. OTHER EXPENSES EQUAL TO $75 OR MORE MUST BE SUPPORTED BY A RECEIPT, WITH THE EXCEPTION OF MEALS AND MILEAGE.**

*=DISMISSAL=*

When you are advised that your attendance is no longer required, you should request information regarding the payment of the fees and allowances outlined above. The individual requiring your attendance will provide you with a Fact Witness Voucher. You will be required to list your expenses on this Voucher. The Voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the voucher and MAIL the payment to you. If you require funds to return home, you must bring this fact to the attention of the individual requiring your attendance, who will notify the U.S. Marshals Service.

Form OBD-2
MARCH 1996

# CERTIFICATE OF AUTHENTICITY
# OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _____, am employed by/associated with
              (Please print)

_____. My official title is _____.
    (organization)                                                       (Please print)

By reason of my position I am familiar with how _____
                                                                                         (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and qualified to make this declaration.

      I further certify that the attached records are originals or true copies of records which:

    (A)    Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

    (B)    Were kept in the course of regularly conducted business activity;

    (C)    Were made by the said business activity as a regular practice; and

    (D)    If not original records, are duplicates of original records.

      I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

Executed on _____        _____
                      Date                                                      Signature

                                                                            _____
                                                                            Printed Name

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:23-cr-00097-JAW

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: